**WO**                                                                                          SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony R. Ramirez,            )<br>            Plaintiff,            )<br>vs.            )<br>Sergeant Hadsal, et al.,            )<br>            Defendants.            ) | No. CV 11-0737-PHX-GMS (JRI)<br><br>**ORDER** |

Plaintiff Anthony R. Ramirez, who is an Arizona inmate, filed a complaint in Maricopa County Superior Court, matter No. CV2010-013014, in which he alleged violations of his federal constitutional rights. (Doc. 1-1.) Defendants removed this action to federal court. (Doc. 1.) In an Order filed on May 27, 2011, the Court ordered Defendant Hadsal to answer the Complaint and dismissed the remaining Defendants without prejudice. (Doc. 8.) On June 7, 2011, Plaintiff filed a motion asking the Court to review and reconsider waiving the filing fees. (Doc. 10.) Attached to Plaintiff's motion are copies of documents concerning the deferral of fees assessed by the *state* court when Plaintiff filed this case there. This Court is a *federal* court, which has *not* assessed any fees against Plaintiff.[1] To seek relief as to fees assessed by the state court, Plaintiff must seek such relief in state court. As a federal court, this Court lacks the authority to grant relief as to state court fees. Accordingly, Plaintiff's motion will be denied.

/ / /

---

[1] Indeed, the *Defendants* paid this Court's $350.00 filing fee in order to remove Plaintiff's case from state court.

**Warnings**

    **A.**    **Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.**    **Copies**

Plaintiff must serve Defendants, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C.**    **Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Withdrawing the reference to the Magistrate Judge as to Plaintiff's motion for review and reconsideration. (Doc. 10.)

(2) Plaintiff's motion for review and reconsideration is **denied**. (Doc. 10.)

DATED this 10th day of June, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge