1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Anthony R. Ramirez,**<br>Plaintiff<br>-vs-<br>**Unknown Hadsal, et al.,**<br>Defendants | CV-11-0737-PHX-GMS (JRI)<br><br>**ORDER** |

In the Scheduling Order, the parties were directed to file a Joint Discovery Plan. On November 1, 2011, the parties responded (Doc. 22). In their Joint Discovery Plan, the parties report that all joined parties have been served and answered, and propose several modifications to the schedule in this matter, which amount to extensions of 90 days or less. The Court finds good cause for making the modifications provided for herein, which are generally limited to 60 day extensions. In light of the expansiveness of the extensions granted, further extensions are not likely to be granted.

Plaintiff proposes that the Court order disclosures pursuant to Rule 26(a), notwithstanding the exemption applicable to the case, citing as cause the expectation that Defendants will not freely produce information and documents. Defendants oppose. The Court finds no cause at this time to order disclosures. Plaintiff has yet to receive responses to his discovery requests, and the Court has no reason to believe discovery will not be adequate.

**IT IS THEREFORE ORDERED** amending the schedule in this case as follows:

1.   **Supplemental Disclosures:**

    1.1   Plaintiff shall disclose all expert witnesses and their Rule 26(a)(2)(B) Reports by __January 23, 2012__.

    1.2   Defendants shall disclose all expert witnesses and their Rule 26(a)(2)(B)

1    Reports by **February 20, 2012**.

2    2.    **Plaintiff's Deposition:**  Defendants may take Plaintiff's deposition, if they choose,

3    no later than **April 12, 2012**.

4    3.    **Discovery Requests:** All requests for discovery shall be served by **April 12, 2012**.

5    4.    **Discovery Motions**:  All motions regarding discovery and disclosure shall be filed

6    by **May 14, 2012.**

7    5.    **Motions to Join or Amend:**  All motions to join parties or to amend pleadings shall

8    be filed by **December 19, 2011**.

9    6.    **Dispositive Motions:**  All dispositive motions shall be filed by **June 13, 2012**.

10   7.    **Pretrial Motions:**  All other pretrial motions, other than motions in limine, shall be

11   filed by **July 12, 2012**.

12   8.    **Joint Pretrial Statement and Proposed Order:**  The deadline for lodging a joint

13   pretrial statement and proposed order is **VACATED**, to be reset by the assigned trial

14   judge.

15   In all other respects, the Court's original scheduling Order filed September 12, 2011 (Doc.

16   19), including extension of deadlines as a result of pending dispositive motions,  shall remain

17   in effect.

18

19   DATED: November 7, 2011    _____

20                                                      JAY R. IRWIN
                                                         United States Magistrate Judge

21

22

23

24

25

26

27

28